**FILED**

06/02/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0139

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## CAUSE NO.  OP 22-139

RHONDA LINDQUIST and OFFICE OF STATE PUBLIC DEFENDER

Petitioner,

v.

MONTANA THIRTEENTH JUDICIAL DISTRICT COURT

Respondent.

On Appeal from the Montana Thirteenth Judicial District Court,
Yellowstone County
Cause No. SB-21-1, The Honorable Donald L. Harris Presiding

## ORDER GRANITNG OFFICE OF STATE PUBLIC DEFENDER'S UNOPPOSED MOTION FOR EXTENSION OF REPLY DEADLINE

Peter F. Habein
CROWLEY FLECK PLLP
Suite 500
490 North 31st Street
P.O. Box 2529
Billings, MT  59103-2529
Telephone:  406-252-3441
Facsimile:  406-256-0277
E-Mail: phabein@crowleyfleck.com

Attorneys for Rhonda Lindquist and
Office of State Public Defender

Timothy B. Strauch
257 West Front Street – Suite A
Missoula, MT 59802
(406) 532-2600
tstrauch@strauchlawfirm.com

Counsel for Respondent
Thirteenth Judicial District Court,
Hon. Donald Harris

1

Jordan Kilby
(MT 9701)
PO Box 16960
Missoula, MT 59808
406-541-4100
jordfan@westernmontanalaw.com

Counsel for Proposed Amicus
Curiae National Association of
Public Defense


Emily Jones,
Special Assistant Attorney General
115 North Broadway – Suite 410
Billings, MT 59101
(406) 384-7990
emily@joneslawmt.com

Counsel for State of Montana


Austin Knudsen,
Montana Attorney General
David M.S. Dewhirst,
Solicitor General
Morgan J. Varty
Assistant Attorney General
215 North Sanders
PO Box 201401
Helena, MT 59620
(406) 444-2026
David.dewhirst@mt.gov
Morgan.varty@mt.gov

Counsel for State of Montana

Nikki Trautman Baszynski*
(OH 0091085)
215 East 9th Street – Suite 601
Cincinnati, OH 45202
614-362-1644 x95
nbaszynski@ohiojpc.org

Counsel for Proposed Amicus Curiae
National Association of Public
            Defense


L. Randall Bishop
L. Randall Bishop, Aal
27 Prairie Falcon Court
Kalispell, MT 59901
(406) 670—9394
rbishop@lrblawyers.com

Counsel for Amicus Curiae
Montana Innocence Project


Marty Lambert
Gallatin County Attorney
1709 West College
Bozeman, MT 59715
marty.lambert@gallatin.mt.gov

Counsel for Amicus Curiae
Montana County Attorneys
Association

Akilah Lane
Alex Rate
ACLU of Montana Foundation, Inc
PO Box 1968
Missoula, MT 59806
(406) 443-8590
lanea@aclumontana.org
ratea@aclumontana.org

Emma Andersson*
American Civil Liberties Union
125 Broad Street
New York, NY 10004
(347) 931-6337
eandersson@aclu.org

Before the Court is Petitioner Montana Office of State Public Defender's

("OPD") unopposed motion for a fourteen-day extension of time in which to file its

reply brief.  That motion being unopposed and good cause appearing,

IT IS ORDERED that OPD may file its reply brief on or before June 22,

2022.

3

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 2 2022